August 28, 2009

Mr. David L. Plaut
Hanna & Plaut, LLP
106 East 6th Street, Suite 600
Austin, TX 78701

Mr. Daniel F. Horne
Stone & Horne, L.L.P.
P. O. Box 3962
Corpus Christi, TX 78463-3962
Honorable Tom Greenwell
319th District Court
901 Leopard Street
Corpus Christi, TX 78401

RE: Case Number: 08-0742
 Court of Appeals Number: 13-08-00129-CV
 Trial Court Number: 06-01375-G

Style: IN RE LIBERTY MUTUAL FIRE INSURANCE COMPANY

Dear Counsel:

 Today the Supreme Court of Texas issued a Per Curiam Opinion the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Jessica Hamby, Deputy Clerk

|cc:|Ms. Dorian E. |
| |Ramirez |
| |Ms. Patsy Perez |